CHICAGO—FIRST DISTRICT—APRIL, 1915.    9

Jones, Coates & Bailey v. Kellogg S. & S. Co., 193 Ill. App. 9.

## Jones, Coates & Bailey, Appellant, v. Kellogg Switch-Board & Supply Company, Appellee.

### Gen. No. 20,261.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed April 22, 1915. Rehearing denied May 8, 1915.

### Statement of the Case.

Action by Jones, Coates & Bailey, a corporation, against Kellogg Switchboard & Supply Company, a corporation, in the Municipal Court of Chicago, in an action of the first class to recover damages for the alleged failure of the defendant to perform a contract made with the plaintiff for "knock down boxes."

The correspondence constituting the contract was as follows:

"Chicago, March 24, 1910.
Kellogg Switchboard & Supply Co.,
    434 South Green St.,
        Chicago.
Gentlemen:
We beg leave to submit you prices upon knocked down boxes for your requirements for a year. These boxes to be the same as the ones we are delivering to you today; the lumber to be matched.

In case you should require any wooden frame fibre boxes for express shipments, the price will be 5% more. In case you desire any boxes made from 1 inch lumber, for export and other shipments where you should have heavy lumber, our price for these boxes, knocked down and delivered at your place will be all figured upon a basis of $25 per thousand lumber feet, with 15% added for waste. These boxes are to be made of good solid lumber, free from knot holes and rot, and are to be dressed and matched.
                    Yours truly,
                JONES, COATES & BAILEY,
                    (Signed) R. R. Bailey.

No. 91   25x11x13½  ...........................24¢
No. 92   25x19½x11  ...........................31¢
No. 93   25x19¼x19½  ......................43¢
No. 97   25x12⅛x13½  ........................26¢
No. 98   25x19½x12⅛...........................33¢
No. 99   25x21¼x19½  ........................45¢."

On the following day, the defendant, through its purchasing agent, handed to Mr. Bailey the following letter:

"Chicago, March 25, 1910.

Jones, Coates & Bailey,
     1014 N. Halsted St.,
          Chicago, Ill.
Gentlemen:

We shall be pleased to purchase from you, our requirements of knock down boxes, styles as per sample submitted and at prices per list submitted March 24, for at least a year from date.

Yours very truly,
KELLOGG SWITCHBOARD & SUPPLY CO.
By (Signed) O. C. Schoenwerk,
Purchasing Agent."

Thereafter plaintiff having received no orders for boxes wrote defendant as follows:

"Chicago, June 1, 1910.

Kellogg Switchboard & Supply Co.,
     Congress & Green Sts.,
          Chicago.
Gentlemen:

We desire to call your attention to our contract for furnishing you with all your requirements in knock down boxes, per your acceptance of March 25, 1910, and request that we receive your specifications for delivery without further delay. It is now two months since you entered into this contract and since the date thereof we have continuously been ready to furnish you boxes according to the agreement, and have frequently called your attention thereto and requested your specifications. We shall expect to hear from you promptly, with directions.

Yours truly,
JONES, COATES & BAILEY,

(Signed) R. R. Bailey,
Vice-President.''

To the above letter the defendant replied as follows:

''Chicago, June 2, 1910.

Jones, Coates & Bailey,
1014 Hooker St.,
Chicago, Ill.

Gentlemen:

Replying to yours of the 1st would state that in our letter of March 25th, we merely agreed to purchase from you, *our requirements* of knocked down boxes *of the style* as per sample submitted by you and this would leave us the privilege of purchasing any other styles of boxes, which are different from said sample. We also state, merely our requirements and no specific quantity. Should we have any requirements of your style, we certainly shall purchase them from you.

Yours truly,
KELLOGG SWITCHBOARD & SUPPLY Co.
By (Signed) O. C. Schoenwerk,
Purchasing Agent.''

No orders were ever received by the plaintiff from the defendant under the contract 'and this suit was commenced on October 24, 1911.

From a judgment for defendant upon a trial without a jury, plaintiff appeals.

JOSEPH CUMMINS, for appellant; MICHAEL LYONS, of counsel.

HENRY S. McAULEY and CARLETON A. SHULTS, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the court.

## Abstract of the Decision.

SALES, § 64*—*when contract provides for supplying all requirements.* A letter submitting an offer to furnish defendant with the "knock down boxes" it would need in its business for a year, stating the character of the boxes it proposed to furnish, the materials to be used in the same, the various sizes of the boxes to be furnished and the costs of each size, and a letter in reply thereto agreeing to purchase the defendant's requirements of knock down boxes for one year from date, styles and price list as per samples and price list submitted, constitutes an unambiguous contract, the plaintiff thereby agreeing to furnish and the defendant agreeing to purchase all of the knock down boxes which the defendant would require from the date of acceptance of the contract.